**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NICOLE JAKOBS,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>CAROLYN COLVIN, Commissioner of Social Security<br><br>　　　　　Defendant. | Case No.: 14-CV-01414-LHK<br><br>ORDER REASSIGNING CASE TO A MAGISTRATE JUDGE FOR ALL PURPOSES |

Both parties have consented to proceed before a Magistrate Judge for all purposes. *See* ECF Nos. 9, 13. Accordingly, the Court directs the Clerk to randomly reassign the case to a Magistrate Judge for all purposes. Appeal from any orders or judgment will be taken directly to U.S. Court of Appeals for the Ninth Circuit.

**IT IS SO ORDERED.**

Dated: June 3, 2014

　　　　　　　　　　　　　　　　　　　*Lucy H. Koh*
　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　United States District Judge

1

Case No.: 14-CV-01414-LHK
ORDER REASSIGNING CASE TO A MAGISTRATE JUDGE FOR ALL PURPOSES